**Dismissed and Opinion Filed April 14, 2021**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

_____

## No. 05-20-00261-CV

_____

## PRIME CELEBRATION, LLC, Appellant
## V.
## ALLNET, INC., Appellee

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-07386**

## MEMORANDUM OPINION

Before Justices Osborne, Pedersen, III, and Nowell
Opinion by Justice Pedersen, III

We reinstate this appeal. This appeal was abated on a suggestion of bankruptcy. After receiving a motion to dismiss, we notified appellant, by letter dated March 12, 2021, we would take no action until a proper rule 8.3 motion was filed. Appellant has complied with our request and filed a motion asking for the appeal to be reinstated and dismissed because the bankruptcy is complete.

We grant appellant's April 8, 2021 motion and dismiss this appeal.

200261f.p05

/Bill Pedersen, III/
_____
BILL PEDERSEN, III
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

PRIME CELEBRATION, LLC,
Appellant

No. 05-20-00261-CV  V.

ALLNET, INC., Appellee

On Appeal from the 191st Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-19-07386.
Opinion delivered by Justice
Pedersen, III. Justices Osborne and
Nowell participating.

In accordance with this Court's opinion of this date, we **DISMISS** this appeal.

We **ORDER** that appellee ALLNET, INC. recover its costs, if any, of this appeal from appellant PRIME CELEBRATION, LLC.

Judgment entered this 14th day of April, 2021.